UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peter Kraemer and Charmaine Kraemer, Civil No. 02-284 JRT/FLN

Plaintiffs,

v. ORDER

Croix Management Company, et al.,

Defendants.

---

Peter Kraemer, *Pro Se.*
Chad Gabert, Esq., for defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 12, 2002, on Defendants' Motion to Compel Discovery [#13].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Discovery [#13] is **GRANTED in Part and DENIED in Part** as follows:

1. Defendants' Motion to Compel Discovery [#13] is **GRANTED** insofar as it relates to:

   a. Interrogatories and Document Requests Nos. 1-4, and 6-12. Plaintiffs' shall supplement its answers and produce documents responsive to Defendants' requests on or before November 22, 2002;

   b. Rescheduling of Depositions. Plaintiffs' shall be deposed on or before December 15, 2002;

2. Insofar as the Motion seeks to compel production of signed authorizations as stated in Document Request # 5, the Motion is **DENIED**.

DATED: Nov 15, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______