**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

PETER KRAEMER, et al.,

Plaintiffs,

v.

CROIX MANAGEMENT COMPANY, et al.,

Defendants.

Civil No. 02-284 (JRT/FLN)

**ORDER OF REFERENCE**

---

Peter Kraemer and Charmaine Kraemer, Post Office Box 83, Comstock, WI 54826, *pro se* plaintiffs.

Robert E. Kuderer and Chad H. Gabert JOHNSON & CONDON, 7235 Ohms Lane, Minneapolis, MN 55439-2152, for defendants Croix Management Company and Marge Alden.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant Croix Management Company's motion for summary judgment [Docket No. 22] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: December 9, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED DEC 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK