**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

PETER KRAEMER, et al., Civil No. 02-284 (JRT/FLN)

Plaintiffs,

v. **ORDER OF REFERENCE**

CROIX MANAGEMENT COMPANY, et al.,

Defendants.

---

Peter Kraemer and Charmaine Kraemer, Post Office Box 83, Comstock, WI 54826, *pro se* plaintiffs.

Robert E. Kuderer and Chad H. Gabert JOHNSON & CONDON, 7235 Ohms Lane, Minneapolis, MN 55439-2152, for defendants Croix Management Company and Marge Alden.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant Croix Management Company's motion to dismiss plaintiffs' complaint for failu8re to serve responsive discovery and Rule 26(a)(1) disclosures is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Jan. 8, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JAN 08 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK