UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Peter Kraemer and Charmaine Kraemer,

Plaintiffs,

v.

Croix Management Company, et al.,

Defendants.

Civil No. 02-284 JRT/FLN

ORDER

---

Peter Kraemer, *Pro Se.*
Robert Kuderer, Esq. & Jason R. Vohnoutka, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 9, 2003, on Defendants' Motion to Compel Discovery [#13].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Required Disclosures and to Extend Time for Discovery [#29] is **DENIED**.

DATED: 1/9, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JAN 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK